# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Lois Bloom                      DATE:  9/10/19

DOCKET NUMBER:   19CR408(SJ)                        LOG #:  4:37 – 5:00

DEFENDANT'S NAME:   Michael Herskowitz
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Dominic Addabbo
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:   Shannon Jones                CLERK:   Felix Chin

INTERPRETER:   _____   (Language)   _____

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

✓ Bond set at  $200,000 . Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

3 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start  9/10/19   Stop  10/2/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  10/2/19  @ 11:00  before Judge  Johnson

Other Rulings: _____