

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 7, 2020

<u>By E-mail</u>

Todd D. Greenberg
Addabbo & Greenberg
118-21 Queens Blvd. Suite 306
Forest Hills, NY 11375
Attorney for Michael Herskowitz

    Re: United States v. Aronov et al.
       <u>Criminal Docket No. 19-408 (MKB)</u>

Dear Mr. Greenberg:

   Discovery is being provided to you in accordance with Rule 16 of the Federal Rules of Criminal Procedure, and pursuant to the protective order entered by the Court on December 3, 2019. The government will continue to provide discovery on a rolling basis, and also requests reciprocal discovery from each defendant.

   Please find attached a document bates-stamped EDNY-MH-0000011 to EDNY-MH000016.

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

            Very truly yours,

            RICHARD P. DONOGHUE
            United States Attorney

        By: /s/
           Shannon C. Jones
           John Vagelatos
           Assistant U.S. Attorneys
           (718) 254-6379 (S. Jones)

Attachment
cc: Clerk of the Court (MKB) (by ECF) (without attachment)