# ADDABBO • GREENBERG

## LAW

TODD D. GREENBERG
DOMINIC L. ADDABBO*

GRACE ADDABBO GAMBINO
CAITLIN N. YOUNG**

COUNSEL TO THE FIRM:
HYMAN J. GREENBERG (dec'd)
JILL C. STONE
HELEN P. EICHLER
ALAN T. ROTHBARD

*NY & FLA BAR
**NY & NJ BAR

January 17, 2020

**CORRECTION OF DOCUMENT #101**

**VIA ECF**

Judge Margo K. Brodie
Judge of the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE: U.S.A. v. Michael Herskowitz**
> **Case #: 1:19-cr-00408-MKB(5)**
> **Permission to Travel to Pennsylvania for a day trip**

Your Honor:

Please be advised this office represents the above-name Defendant.

Please accept this letter as request for Mr. Herskowitz to travel to an indoor waterpark in Pennsylvania on Tuesday, January 21, 2020 called Kalahari Resorts in the Poconos.

It will be a day trip wherein Mr. Herskowitz and his wife are taking their two children who are off from school that day for a day at the waterpark.

The previous letter (Document #101) had a typographical error. Accordingly, let this serve as the actual Motion letter requesting permission to travel.

Both AUSA Shannon Jones and U.S. Pretrial Services Officer Ignace Sanon-Jules have no objection to this trip.

Thank you for your attention and consideration.

Very truly yours,

ADDABBO & GREENBERG

Todd D. Greenberg, Esq.

TDG/sd
cc:  AUSA Shannon Jones, Esq.
     U.S. Pretrial Services Officer Shavoy Atkinson

(718) 268-0400 FAX (718) 575-9869 • QUEENSLAW.COM • EMAIL: TODD@QUEENSLAW.COM

118-21 QUEENS BOULEVARD • SUITE 306 • FOREST HILLS, NY 11375