UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE UNITED STATES OF AMERICA,

    -against-

ISKYO ARONOV,
MICHAEL KONSTANTINOVSKIY,
TOMER DAFNA, AVRAHAM TARSHISH
And MICHAEL HERSKOWITZ,

        Defendants.
-----------------------------------------------------------x

**NOTICE OF MOTION**
**TO DISMISS INDICTMENT**

Case #: 1:19-cr-00408-MKB(5)

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of TODD D. GREENBERG, ESQ., affirmed the 30th day of April, 2021, and upon the Indictment filed herein, Defendant Michael Herskowitz will move this Court, Honorable Margo K. Brodie, U.S.D.J., at the United States Courthouse, Eastern District of New York, on a date set by the Court ,or as soon thereafter as Counsels can be heard, for an Order pursuant to Rule§12(b)(2), (3) (B) (v) of the Federal Rules of Criminal Procedure granting:

    A.    Dismissal of the Indictment on the ground that the Indictment fails to give Notice of the criminal acts allegedly committed as required by Due Process of Law.

    AND for such other and further relief as to this Court may deem just proper.

Dated: Forest Hill, New York
       April 29, 2021

                                          Respectfully Submitted,

                                          Todd D. Greenberg. Esq.

                                          ADDABBO & GREENBERG
                                          Attorneys for Defendant
                                          118-21 Queens Boulevard, Suite 306
                                          Forest Hills, NY 11375
                                          Tel. 718-268-0400

TO:    Clerk of the Court (MKB)
         All Counsel (By ECF)