# ADDABBO • GREENBERG
## LAW

**TODD D. GREENBERG**
**DOMINIC L. ADDABBO** *
----------
**GRACE ADDABBO GAMBINO**
----------
**COUNSEL TO THE FIRM:**
**HYMAN J. GREENBERG (dec'd)**
**JILL C. STONE**
**HELEN P. EICHLER**
**ALAN T. ROTHBARD**
**JAMES H. O'HARE**
----------
*NY & FLA BAR

July 16, 2021

**VIA ECF**

Hon. Margo K. Brodie
Judge of the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **RE:** U.S.A. v. Michael Herskowitz
            Case #: 1:19-cr-00408-MKB(5)
            **REQUEST TO TRAVEL**
            Time Request: July 21st, through July 23rd, 2021

Your Honor:

    Please be advised that this office represents Defendant Michael Herskowitz.

    Please accept this letter as a request for permission to travel to St. Louis, Missouri for the period of July 21st through July 23rd.

    By Order dated June 19th, 2020, (ECF Doc. 121), Your Honor allowed Mr. Herskowitz to travel to Florida, when needed, for business purposes, as approved by Pretrial Services.

    Mr. Herskowitz has been working with Lockwood Development Partners on a veteran's initiative, in which the company is in the process of procuring assisted living and mental health care for United States veterans.

    Mr. Herskowitz assists with all business, financial and accounting aspects of the business, as well as research and development.

    Veterans Services, LLC, a subsidiary of Lockwood Development Partners, is in process of acquiring several properties around the country. In addition, Lockwood and Veterans Services have also partnered with various hotel owners to further the creation of adult daycare center for veterans.

In the past several months, Lockwood Development Partners purchased ten (10) hotels located in nine (9) states, as well as a mall in Indiana and hospital in Rhode Island, with the sole purpose of repurposing and redeveloping for affordable housing units for veterans.

There is a property in St. Louis, Missouri, known as the St. Alexius Hospital, which Lockwood Development Partners is in contract to purchase. A meeting has been scheduled between and the owner and members of Lockwood Development Partners for purposes of discussing zoning approval, designation as a historical landmark and other development strategies.

Mr. Herskowitz requests permission to attend this meeting with other members of Lockwood Development Partners in that he is an integral part of development strategies.

Both Pretrial Officer Robert Stehle and AUSA Shannon Jones, Esq. have no objection to this business trip.

Mr. Herskowitz will provide all travel details to Pretrial Services.

Thank you for your attention and I apologize for the late notice on this application, but this meeting was just recently planned.

Thank you for your attention.

Very truly yours,

ADDABBO & GREENBERG

/s/Todd D. Greenberg, Esq.

TDG/sd

cc:   AUSA Shannon Jones, Esq.
    U.S. Pretrial Services Officer Robert Stehle